568-15

# ELECTRONIC RECORD

COA # 14-14-00015-CR

STYLE: Herbert Ray Wilson v The State of Texas

COA DISPOSITION: Affirmed

DATE: April 16, 2015   Publish: No

OFFENSE: Capital Murder

COUNTY: Harris

TRIAL COURT: 174th District Court

TC CASE #:1133069

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Herbert Ray Wilson v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___10/14/2015___

JUDGE: ___Per Curiam___

CCA Disposition: _____568-15_____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**